UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JAQUI SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| CORRECT CARE SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Correct Care Solutions, LLC ("CCS" or "Defendant") hereby notices the removal of this action from the Superior Court of the State of Maine for Penobscot County (the "State Court") to the United States District Court for the District of Maine. In support of this Notice of Removal, CCS states as follows:

**GROUNDS FOR THE NOTICE OF REMOVAL**

1. On or about July 27, 2015, Jaqui Swanson ("Plaintiff") commenced an action in Penobscot County Superior Court, captioned Jaqui Swanson v. Correct Care Solutions, LLC, Civil Action No. CV-15-160 (the "Action").

2. On Tuesday, September 1, 2015, the Complaint was served on Corporate Creations Network, Inc., Defendant's registered agent. CCS received the Complaint on September 2, 2015.

3. Copies of all documents received by CCS in the above matter are attached hereto as <u>Exhibit A</u>, in accordance with 28 U.S.C. § 1446(a). A certified copy of the State Court record has been requested and will be filed with this Court upon receipt.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days after CCS received a copy of the Complaint in this Action. *See* 28 U.S.C.

1

§ 1446(b); *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999); *Boyd v. Phoenix Funding Corp.*, 366 F.3d 524, 529-530 (7th Cir. 2004).

    **A.**    **Diversity of Citizenship**

5.    The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 by reason of complete diversity jurisdiction between the parties.  CCS is incorporated in Kansas with its principal place of business in Nashville, Tennessee. (Complaint at ¶ 2.)  Because CCS has its principal place of business in Tennessee, it is a citizen of Tennessee for diversity purposes.

6.    Plaintiff purports to be a resident of Maine. (Complaint at ¶ 2.)

    **B.**    **Amount in Controversy**

7.    It is also clear from the face of Plaintiff's Complaint that she seeks more than $75,000.00 in damages, which satisfies the amount in controversy requirement.  Specifically, Plaintiff seeks back pay and front pay, as well as punitive damages, compensatory damages or nominal damages, and attorneys' fees and costs.  Accordingly, the District Court has diversity jurisdiction because the parties are diverse and the amount in controversy exceeds $75,000.00.

    **C.**    **Federal Question Jurisdiction**

8.    The Complaint alleges a claim of disability discrimination under the Maine Human Rights Act and the Americans with Disability Act.

9.     Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's claim of disability discrimination under the Americans with Disabilities Act because it arises under federal law.  Accordingly, Plaintiff's claim for disability discrimination is removable to this Court under 28 U.S.C. §1441(a).  The remaining state law claim is removable pursuant to 28 U.S.C. §1441(c).

10. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

11. This is the District Court of the United States for the district embracing the place where the Action is pending and is therefore the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being submitted via overnight mail for filing with the Clerk of the Superior Court for Penobscot County and is being served upon Plaintiff's counsel of record via regular mail. A true and correct copy of the State Notice of Removal is attached hereto as Exhibit B.

13. In filing this Notice of Removal, CCS does not waive any defects in service of process, venue or personal jurisdiction.

WHEREFORE, Defendant Correct Care Solutions, LLC respectfully requests that this Action proceed as an action properly removed to the United States District Court for the District of Maine from the Superior Court of the State of Maine for Penobscot County.

Dated: September 21, 2015

/s/ Melinda J. Caterine
Melinda J. Caterine
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, ME 04101
Tel:   (207) 774-6001
Fax:   (207) 775-6407
mcaterine@littler.com

Attorneys for Defendant Correct Care Solutions, LLC

## CERTIFICATE OF SERVICE

I, Melinda J. Caterine, attorney for Defendant Correct Care Solutions, LLC, hereby certify that I filed with the Clerk of Court the Notice of Removal, and I hereby certify that on September 21, 2015, I mailed by United States Postal Service a true copy of the foregoing document to the attorney of record for Plaintiff:

>Brett D. Baber, Esq.
>Lanham Blackwell & Baber, P.A.
>133 Broadway
>Bangor, ME 04401

DATED: September 21, 2015

>*/s/ Melinda J. Caterine*
>Melinda J. Caterine
>LITTLER MENDELSON, P.C.
>One Monument Square, Suite 600
>Portland, ME 04101
>Tel:   (207) 774-6001
>Fax:   (207) 775-6407
>mcaterine@littler.com
>
>Attorneys for Defendant Correct Care Solutions, LLC