

**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL  33410

September 2, 2015

Correct Care Solutions, LLC
John C. McCauley
Correct Care Solutions, LLC
1283 Murfreesboro Road, Suite 500
NASHVILLE  TN  37217

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item:** 2015-90

| 1. | **Client Entity:** | Correct Care Solutions, LLC |
| 2. | **Title of Action:** | Jaqui Swanson vs. Correct Care Solutions, LLC |
| 3. | **Document(s) Served:** | Summons<br>Complaint |
| 4. | **Court/Agency:** | Penobscot County Superior Court |
| 5. | **State Served:** | Maine |
| 6. | **Case Number:** | N/A |
| 7. | **Case Type:** | Disability Discrimination |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 9/1/2015 |
| 10. | **Date to Client:** | Wednesday 9/02/2015 |
| 11. **# Days When Answer Due:** 20<br>**Answer Due Date:** 9/21/2015 | | **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received. |
| 12. | **SOP Sender:**<br>(Name, Address and Phone Number) | Brett D. Baber, Esq.<br>Bangor, ME<br>207-942-2898 |
| 13. | **Shipped to Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | Not Applicable |
| 15. | **Handled By:** | 201 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

**EXHIBIT A**

STATE OF MAINE

| SUPERIOR COURT | | DISTRICT COURT |
|---|---|---|
| _____, ss. | | Location _____ |
| Docket No. _____ | | Docket No. _____ |

JAQUI SWANSON _____ Plaintiff

v.

CORRECT CARE SOLUTIONS, LLC _____ Defendant

CORPORATE CREATIONS NETWORK, INC. as Clerk/Registered Agent
477 Congress Street, 5th Floor _____ Address
Portland, ME 04101

**SUMMONS**
M.R. Civ. P. 4(d)

    The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) __78 Exchange Street__, in the Town/City of __Bangor__, County of __Penobscot__, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (Superior) Court, __78 Exchange Street__, __Bangor__, Maine __04401__
(Mailing Address)     (Town, City)     (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answer are found at www.courts.maine.gov.

## IMPORTANT WARNING

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

    If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: __August 28, 2015__

_____ Clerk

__Brett D. Baber, Esq., #3143__
(Attorney for) Plaintiff
__Lanham Blackwell & Baber, P.A.__ Address
__133 Broadway, Bangor, ME 04401__
__(207) 942-2898__ Telephone

CV-030, Rev. 06/14

**STATE OF MAINE**

County of _____ ss.

On _____ (date). I served the Complaint (and Summons) upon Defendant _____ _____ by delivering a copy of same at the following address: _____

☐ to the above-named Defendant in hand.

☐ to _____ (name), a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to _____ (name), who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____

**Costs of Service:**

| | |
|---|---|
| Service: | $_____ |
| Travel | $_____ |
| Postage | $_____ |
| Other | $_____ |
| **Total** | $_____ |

_____
Signature

_____
Agency

CV-030, Rev. 06/14

| | |
|---|---|
| STATE OF MAINE<br>PENOBSCOT, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. _____ |
| JAQUI SWANSON, a resident of East Dover Foxcroft, County of Piscataquis and State of Maine,<br><br>          Plaintiff<br><br>v.<br><br>Correct Care Solutions, LLC., a Kansas corporation doing business in the State of Maine,<br><br>          Defendant | <br><br><br><br><br><br>COMPLAINT |

Plaintiff Jaqui Swanson, through her attorney, Brett D. Baber, Esq. of Lanham Blackwell & Baber, P.A., submits the following complaint against Defendant Correct Care, LLC. as follows:

## DISABILITY DISCRIMINATION

1. Plaintiff Jaqui Swanson is a resident of East Dover Foxcroft, Maine.

2. Defendant Correct Care Solutions, LLC. ("CCS") is a Kansas limited liability corporation doing business in the State of Maine.

3. At all times pertinent to this complaint, Plaintiff has been a registered nurse duly licensed by the State of Maine.

4. At all times pertinent to this complaint, Plaintiff has been a recovering drug addict, having been in successful recovery for the past seven years.

5. At all times pertinent to this complaint, Defendant CCS provided nursing services to the State of Maine Department of Corrections' facility at Mountain View Youth Development Center in Charleston, Maine ("the center").

6. In September 2014, Plaintiff applied for a position as a registered nurse being offered by Defendant CCS to serve at the Maine State Prison.

7. During the interview process, Plaintiff Swanson discussed with Defendant CCS's regional director of nursing her recovery and treatment as a drug addict and she noted that she had a probationary nursing license on her application for employment.

8. Defendant CCS's regional director of nursing informed Plaintiff that her employment was conditional on the approval of the State of Maine Department of Corrections.

9. Defendant CCS's regional director of nursing offered Plaintiff Swanson a position as a registered nurse to work nights at the center.

10. Plaintiff Swanson accepted the position and began work on or about September 23, 2014.

11. Plaintiff was terminated on October 15, 2014 because the Superintendent of the center had "heard some things about your past around town," a reference to Plaintiff Swanson's addiction.

12. During the brief period that Plaintiff Swanson worked at the center, her work performance was satisfactory and she had received accolades from her co-workers for her knowledge and ability.

13. As Plaintiff Swanson was successfully recovering from her addiction, she has a disability within the meaning of the Americans with Disabilities Act and the Maine Human Rights Act.

14. Defendant CCS discriminated against Plaintiff Swanson when it terminated her because of her disability in violation of the Americans with Disabilities Act and the Maine Human Rights Act.

15. Alternatively, Defendant CCS regarded Plaintiff Swanson as a person with a disability when it terminated her in violation of the Americans with Disabilities Act and the Maine Human Rights Act.

16. Before filing this action, Plaintiff Swanson filed a charge of discrimination with the Maine Human Rights Commission which, together with the U.S. Equal Employment Opportunity Commission, has issued a "right to sue" letter to Plaintiff Swanson.

Wherefore Plaintiff Jaqui Swanson requests the court to enter judgment in her favor against Defendant Correct Care Solutions, LLC. for the following legal and equitable relief:

   a. a permanent injunction prohibiting Defendant from further violations of the Americans with Disabilities Act and/or Maine Human Rights Act;

   b. back pay, reinstatement or front pay;

   c. compensatory damages or nominal damages;

   d. punitive damages;

   e. attorney's fees and costs; and

   f. such further legal and equitable relief that the court deems just.

Dated: July 27, 2015

Brett D. Baber, Esq., Bar No. 3143
LANHAM BLACKWELL & BABER, P.A.
Attorneys for the Plaintiff
133 Broadway
Bangor, ME 04401
(207)942-2898

SEP 0 1 2015