UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAQUI SWANSON<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:15-cv-383-GZS<br>) |
| CORRECT CARE SOLUTIONS LLC<br>Defendant, | )<br>) |

## JUDGMENT

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued on September 5, 2017 by U.S. District Judge, George Z. Singal, Judgment is hereby entered in favor of the Defendant, Correct Care Solutions LLC and against the Plaintiff, Jaqui Swanson.

CHRISTA K. BERRY
CLERK

By:   /s/Lindsey Caron
Deputy Clerk

Dated: September 5, 2017